MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-4557
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants
UNITED AIR LINES, INC. and
UAL CORP.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS, LTD., AMR CORP., AMERICAN AIRLINES, INC., UAL CORP., and UNITED AIR LINES, INC.,<br><br>Defendants. | CASE NO. CV 06-04530-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiff Melissa Harris and Defendants British

Airways Plc, Virgin Atlantic Airways Ltd., AMR Corp., American Airlines, Inc.,

UAL Corp., and United Air Lines, Inc. respectfully request that this Court enter an

order extending the time in which Defendants must answer or otherwise respond to

-1-

this matter until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re International Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on the Defendant. Plaintiff Melissa Harris has consented to the requested extension. In support of this stipulation, the parties state:

1.     The Complaint in this matter was filed on July 25, 2006. It seeks relief under the Sherman Act and the Clayton Act against six defendants on behalf of a putative class.

2.     Nearly 75 similar actions have been filed in various jurisdictions around the country.

3.     There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue. The JPML is considering this motion to consolidate in a matter captioned *In re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793.

4.     The parties have agreed that this stipulation does not constitute a waiver of any defenses, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

THEREFORE, the parties request that this Court order that the time in which Defendants must answer or otherwise respond to this matter is the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL

-2-

1    No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee

2    Court and served on the Defendant.

3

4         Respectfully submitted,

5

6    Dated:  August 4, 2006          THE FURTH FIRM, LLP

7

8                                    /s/_____
                                     Michael P. Lehmann (SBN 77152)

9                                    Jon T. King (SBN 205073)
                                     225 Bush Street, 15th Floor

10                                   San Francisco, CA  94104-4249

11                                   T:  (415) 433-2070
                                     F:  (415) 982-2076

12

13   Dated:  August 4, 2006          MAYER, BROWN, ROWE & MAW LLP

14

15                                   /s/_____
                                     Edward D. Johnson (SBN 189475)

16                                   Two Palo Alto Square, Suite. 300

17                                   3000 El Camino Real
                                     Palo Alto, CA  94306

18                                   T:  (650) 331-2000

19                                   F:  (650) 331-4537

20                                   Richard J. Favretto

21                                   MAYER, BROWN, ROWE & MAW LLP
                                     1909 K Street, NW

22                                   Washington, DC  20006

23
                                     *Attorneys for Defendants United Air Lines,*
24                                   *Inc. and UAL Corporation*

25

26

27

28
                                     -3-

1    Dated:  August 4, 2006              SULLIVAN & CROMWELL LLP

2

3                                        /s/
                                         _____
4                                        Brendan P. Cullen (SBN 194057)
                                         SULLIVAN & CROMWELL LLP
5                                        1870 Embarcadero Road
                                         Palo Alto, CA  94303
6                                        T:  (650) 461-5600
7                                        F:  (650) 461-5700

8                                        Daryl A. Libow
9                                        SULLIVAN & CROMWELL LLP
                                         1701 Pennsylvania Avenue, NW
10                                       Washington, DC  20006
11                                       T:  (202) 956-7500
                                         F:  (202) 293-6330
12

13                                       *Attorneys for Defendant British Airways Plc*

14

15   Dated:  August 4, 2006              SIMPSON THACHER & BARTLETT LLP

16

17                                       /s/
                                         _____
18                                       Charles E. Koob (SBN 47349)
                                         Harrison J. Frahn (SBN 206822)
19                                       SIMPSON THACHER & BARTLETT LLP
                                         2550 Hanover Street
20                                       Palo Alto, CA  94304
21                                       T:  (650) 251-5000
                                         F:  (650) 251-5002
22

23                                       *Attorneys for Defendant Virgin Atlantic
                                         Airways Limited*
24

25

26

27

28
                                         -4-
                                         STIPULATION AND [PROPOSED] ORDER  TO EXTEND
                                         TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04530-SC

1    Dated:  August 4, 2006          WEIL, GOTSHAL & MANGES LLP

2

3                                    /s/_____
                                     Gayle E. Rosenstein (SBN 237975)
4                                    WEIL, GOTSHAL & MANGES LLP
                                     Silicon Valley Office
5                                    201 Redwood Shores Parkway
                                     Redwood Shores, CA  94065
6                                    T:  (650) 802-3000
7                                    F:  (650) 802-3100

8

9                                    *Attorneys for Defendants AMR Corporation*
                                     *and American Airlines, Inc.*
10

11

12

13

14
     PURSUANT TO STIPULATION,
15   IT IS SO ORDERED:

16
     Dated:      8/9/06
17

18

19   Honorable

20

21

22

23

24

25

26

27

28
                                     -5-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Two Palo Alto Square, Suite 300,  Palo Alto, California  94306-2112.

On August 4, 2006, I served the foregoing document(s) described as

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

on each interested party, as follows:

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐     by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Michael P. Lehmann
Jon T. King
THE FURTH FIRM, LLP
225 Bush Street, 15th Floor
San Francisco, CA  94104-4249

Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303

Charles E. Koob
SIMPSON THACHER &
BARTLETT LLP
2550 Hanover Street
Palo Alto, California  94304

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006

-6-

1  Gayle E. Rosenstein
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway
4  Redwood Shores, California 94065

5

6      I declare under penalty of perjury under the laws of the United States of
7  America that the above is true and correct.

8      Executed on August 4, 2006, at Palo Alto, California.

9                                    /s/_____
                                        Jessica F. Davis
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    -7-